UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 2:17-CR-10-1FL

| | | |
|---|---|---|
| **United States of America** | ) | ORDER TO WITHDRAW MOTION FOR |
| | ) | REVOCATION WARRANT AND |
| vs. | ) | SCHEDULE A HEARING |
| | ) | |
| **Alton Lashawn Norman** | ) | |
| | ) | |

On May 22, 2018, Alton Lashawn Norman appeared before Your Honor in the Eastern District of North Carolina, and upon an earlier plea of guilty to Possession of a Firearm and Ammunition by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), the court sentenced Norman to the custody of the Bureau of Prisons for a term of 71 months. Additionally, the court ordered that Norman be placed on supervised release for 36 months upon release from imprisonment.

Alton Lashawn Norman was released from federal custody August 4, 2022, at which time the term of supervised release commenced.

On July 13, 2023, a motion to revoke Norman's supervised release was filed and a warrant for his arrest was issued which alleged that Norman committed the offenses of No Operator's License, Failure to Reduce Speed, and Possession of a Revoked License in Rowan County, North Carolina; and Driving While Impaired, and felonious Fleeing to Elude Arrest with a Motor Vehicle in Mecklenburg County, North Carolina. On July 20, 2023, Norman was involved in an altercation in the Concord, North Carolina, area, where he was subsequently charged with Disorderly Conduct in Cabarrus County. During this incident, the defendant was shot which resulted in a spinal injury causing severe mobility issues in both legs. The supervising probation officer met with Norman, and he signed the necessary medical release records for his injuries.

It now appears that the ends of justice would best be served by withdrawing the motion for revocation warrant issued on July 13, 2023, and a hearing be scheduled to address his recent violations of supervision.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the warrant regarding the motion for revocation of supervised release issued for this defendant be vacated. The court will schedule a hearing, issue a notice to the defendant, and consider the term of supervision be revoked.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this order.

This the ___25th___ day of ___August___, 2023.


Louise W. Flanagan
U.S. District Judge